**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO:** **26-** |
| **v.** | : | **DATE FILED:** **10/29/2026** |
| **EIJA ANNIKKI YAROMA** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 611 (voting by alien – 1 count)** |

**MISDEMEANOR INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Bucks County, in the Eastern District of Pennsylvania, defendant

**EIJA ANNIKKI YAROMA,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

EIJA ANNIKKI YAROMA

MISDEMEANOR INFORMATION

Count

18 U.S.C. § 611 (voting by alien – 1 count)

A true bill.

______________________________
Foreperson

Filed in open court this ____________________day,
Of ______________A.D. 20________

______________________________
Foreperson

Bail, $__________